EMPIRE TRUST COMPANY, as Trustee under a Mortgage or Deed of Trust Dated May 1, 1925, Made by KERMACOE REALTY CO., INC., and FANDEN REALTY CORPORATION, Respondent, v. KERMACOE REALTY CO., INC., and Others, Defendants, Impleaded with FANDEN REALTY CORPORATION, Appellant.— Order affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.